IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00057-D

| | |
|---|---|
| MILES SEWARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ORDER |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) ) |
| Defendant. | ) ) ) |

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and upon consideration of Defendant's unopposed request to remand this cause for further administrative action, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this ___9___ day of November, 2020.

                                                               */s/ J. Dever*
                                                             JAMES C. DEVER III
                                                             United States District Judge