UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MILES SEWARD, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 5:20-CV-57-D**
ANDREW M. SAUL, Commissioner of Social )
Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action.

**This Judgment Filed and Entered on November 9, 2020, and Copies To:**
Derrick Kyle Arrowood                    (via CM/ECF electronic notification)
Lisa M. Rayo                                 (via CM/ECF electronic notification)

DATE:                                 PETER A. MOORE, JR., CLERK
November 9, 2020              (By) /s/ Nicole Sellers
                                      Deputy Clerk